# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| DeAnna N. Lowder, Mother of Jeffrey "Todd" Kinkaid, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION** **PRO HAC VICE** |
| vs. | ) ) | |
| Slawson Exploration Company, Inc., a Kansas Corporation, Baker Hughes Drilling Systems, Inc., a Louisiana Corporation, John Does 1-4, | ) ) ) ) ) | Case No. 4:14-cv-17 |
| Defendants. | ) | |

Before the court is a motion for attorney John Edward Hansen to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney John Edward Hansen has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 2) is **GRANTED**. Attorney John Edward Hansen is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this day of , .

                                                                */s/ Charles S. Miller, Jr.*
                                                                Charles S. Miller, Jr.
                                                                United States Magistrate Judge