# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | | |
|---|---|---|
| DeAnna N. Lowder, Mother of Jeffrey "Todd" Kinkaid, deceased, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION** |
| vs. | ) ) ) | **PRO HAC VICE** |
| Slawson Exploration Company, Inc., Baker Hughes Oilfield Operations, Inc., Baker Hughes Pipeline Management Group, Inc., and John Does 1-4, | ) ) ) ) ) | |
| | ) | Case No. 4:14-cv-017 |
| Defendants. | ) | |

Before the court is a motion for attorney Stephen P. Laitinen to appear *pro hac vice* on behalf of Defendant Baker Hughes Oilfield Operations, Inc. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Stephen P. Laitinen has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 41) is **GRANTED**. Attorney Stephen P. Laitinen is admitted to practice before this court in the above-entitled action on behalf of Defendant Baker Hughes Oilfield Operations, Inc.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge